JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEL BRONES et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HUDSON INSURANCE COMPANY et al.,<br><br>    Defendants. | Case No. 2:25-cv-06529-SB-BFM<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order of dismissal entered this date, it is ordered that Plaintiffs' claims are dismissed without prejudice.

    This is a final judgment.

Date: October 14, 2025

                                              Stanley Blumenfeld, Jr.
                                             United States District Judge